FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 SEP 14  P 4:08
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | |
| UNIVERSAL SUPPLIERS, INC., | Case No. WMN-002555 |
| Appellant, | ____FILED ____ENTERED<br>____LODGED ____RECEIVED |
| v. | |
| THE PLAN COMMITTEE OF<br>REGIONAL BUILDING SYSTEMS, INC., | SEP 14 2000<br>AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY                      DEPUTY |
| Appellee. | |
| In re: | Chapter 11 |
| REGIONAL BUILDING SYSTEMS, INC., | |
| | Case No. 93-5-7521-JS |
| Debtor. | |

## ORDER EXTENDING THE TIME
## FOR THE SERVING AND FILING OF APPELLATE BRIEFS

Upon consideration of the Motion of Appellant Universal Suppliers, Inc. for an Order Extending the Time for the Serving and Filing of Appellate Briefs Pursuant to Fed. R. Bankr. P. 8011 and 9006 (the "Motion"), and the Motion being unopposed by the appellee, the Plan Committee of Regional Building Systems, Inc., and good cause having been shown for the relief requested therein; it is this ___14th___ day of ___September___ 2000

ORDERED, that the time for the serving and filing of the brief of the appellant is extended to ___9/22/00___; and

ORDERED FURTHER, that the time for the serving and filing of the brief of the appellee is extended to    10/25/00   .

_____
UNITED STATES DISTRICT COURT JUDGE