IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re:  :
  REGIONAL BUILDING SYSTEMS,  :  Bankruptcy No. 93-5-7521-JS
  INC.  :

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
  :
UNIVERSAL SUPPLIERS, INC.  :

v.  :  Civil Action No. WMN-00-2555

REGIONAL BUILDING SYSTEMS,  :
  INC.
  :

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 29th day of December, 2000, by the United States District Court for the District of Maryland, ORDERED:

    1.    That the decision of the Bankruptcy Court denying Universal Suppliers Inc.'s motion for amendment of judgment pursuant to Rule 59(e) is affirmed;

    2.    That this case is hereby CLOSED; and

    3.    That the Clerk of Court shall mail or transmit copies of the foregoing Memorandum and this Order to all counsel of record.

William M. Nickerson
United States District Judge

